UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,      CASE NO. 98-3-CR-DAVIS-2

    Plaintiff,

vs.      <u>JUDGMENT OF ACQUITTAL</u>

CALVIN B. GRIGSBY,
Reg. No. 50597-004



FILED by _____
OCT 27 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

    Defendant.
_____/

THIS MATTER having come before the Court for Criminal Jury Trial and the jury having returned a unanimous verdict of **not guilty** as to each of Counts One, Four, Five, Seven, Eight, Nine, Ten and Eleven of the above-entitled Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant, CALVIN B. GRIGSBY, is hereby **ACQUITTED** as to each of Counts One, Four, Five, Seven, Eight, Nine, Ten and Eleven of the above-entitled Indictment, it being further

**ORDERED AND ADJUDGED** that any bond heretofore posted in this matter by the Defendant, CALVIN B. GRIGSBY, is hereby

**DISCHARGED** and any sureties, personal or corporate, are hereby **EXONERATED** of any further liability in this matter.

**DONE AND ORDERED**, in Miami, Florida, this 27th day of October, 1999.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD B. DAVIS, CHIEF
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Allan B. Kaiser, AUSA
　　 Anita J. Gay, AUSA
　　 Albert J. Krieger, Esq.
　　 Theodore G. Wells, Esq.
　　 U.S. Marshals Service
　　 U.S. Probation Office
　　 Pre-Trial Services