UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 98-0003-CR-DAVIS

FILED by _____ Page 112
APPEAL
APR 2 3 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | AUGUST 12, 1999 |
| vs. | 8:00 A.M. |
| JAMES C. BURKE, CALVIN B. GRIGSBY and BILLY HARDEMON, | |
| Defendants. | VOLUME 8 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

For the Government:  ALLAN B. KAISER, ESQ.
ANITA J. GAY, ESQ.
CURTIS MINER, ESQ.
Assistant U. S. Attorneys
J.L.K. Federal Justice Building
99 Northeast 4th Street
Miami, FL  33132 - 305/961-9299

For Defendant Burke:  EDWARD R. SHOHAT, ESQ.
RICHARD ALAYON, ESQ.
Bierman Shohat Loewy Klein
800 Brickell Avenue, PH 2
Miami, FL  33131 - 305/358-7000