UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 98-0003-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES C. BURKE, et al.,

    Defendants.
_____/

FILED by _____ D.C.
MAY 0 9 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER UNSEALING DOCUMENTS

Upon review of the documents underseal in this case, the Clerk's Office is instructed to do the following:

  ✓  Docket Entries #40, 41, 42, 43, 44, 73, 85, 86, 87, 88, 106, 107, 128, 129, 130, 140, 141, 142, 151, and 186 (Documents attached hereto) shall be unsealed and placed in the court file.

  ___  Docket Entries_____ (Documents attached hereto) shall be unsealed and returned to_____.

  ___  Docket Entries_____ (Documents attached hereto) shall be unsealed and destroyed by the Clerk.

DONE and ORDERED at Miami, Florida this __8__ day of May, 2003.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed of in the manner ordered above by _____ on _____, 2003.

cc:    All Counsel of Record/Pro Se parties

```
[docket    ]                    CIVIL/CRIMINAL                  [   vdocs]
4. Queries                        Docketing


 Docket #   : 1:98-cr-3                                              WCt
 Short Title: USA              v. Burke              CLOSED
 Type: cr        Judge: Huck              Magistrate:
-----------------------------------------------------------------------

-----------------------------------------------------------------------

**************   Selected Documents in Case: 1:98-cr-00003    ***************
for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
       Subtype Type     Short Display          Document ID Filer    Filed
    391.m       resp    (Response to Motion - df)   38- 1 Burke  7/13/98T
    392.-       doc     (Sealed Document       )    42- 1        7/10/98
    393.m       resp    (Response to Motion - gv)   45- 1 USA     7/9/98T
    394.-       doc     (Sealed Document       )    41- 1         7/9/98
    395.-       doc     (Sealed Document       )    40- 1         7/9/98
    396.-       m       to sever                    37- 1 Grigsb  7/7/98T

[M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
total: 458                          current: 391
```

```
[docket  ]                    CIVIL/CRIMINAL                  [    vdocs]
4. Queries                       Docketing


 Docket #   : 1:98-cr-3                                               WCt
 Short Title: USA            v. Burke              CLOSED
 Type: cr       Judge: Huck            Magistrate:
------------------------------------------------------------------------

------------------------------------------------------------------------

 **************   Selected Documents in Case: 1:98-cr-00003    ***************
 for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
         Subtype Type       Short Display         Document ID Filer   Filed
     385.-       m          to dismiss                 48- 1 Grigsb 7/21/98T
     386.m       resp       (Response to Motion - df)  47- 1 Grigsb 7/14/98T
     387.-       supp       (Supplement to: - dft   )  46- 1 Grigsb 7/14/98
     388.-       doc        (Sealed Document        )  44- 1        7/13/98
     389.-       doc        (Sealed Document        )  43- 1        7/13/98
     390.resp    rply       (Reply to Resp to Mot - )  39- 1 Grigsb 7/13/98

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                            current: 385
```

```
 [docket  ]                 CIVIL/CRIMINAL                     [   vdocs]
 4. Queries                    Docketing


 Docket #   : 1:98-cr-3                                                WCt
 Short Title: USA              v. Burke              CLOSED
 Type: cr           Judge: Huck          Magistrate:
 ------------------------------------------------------------------------

 ------------------------------------------------------------------------

 **************  Selected Documents in Case: 1:98-cr-00003    ***************
 for parties:  Hardemon   (0), Parekh   (0), Sunbeam Television   (0) ...
        Subtype Type     Short Display           Document ID Filer   Filed
    361.-         m      to travel                  67- 1 Grigsb 8/19/98T
    362.-         doc    (Sealed Document     )     73- 1        8/18/98
    363.-         o      (Order filed         )     66- 1        8/18/98
    364.-         join   (Joinder in Motion   )      0- 0 Hardem 8/17/98
    365.-         o      (Order filed         )     65- 1        8/17/98
    366.-         m      to extend time             64- 1 USA    8/14/98T

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                          current: 361
```

```
 [docket   ]                  CIVIL/CRIMINAL                    [   vdocs]
 4. Queries                     Docketing


 Docket #   : 1:98-cr-3                                              WCt
 Short Title: USA           v. Burke                    CLOSED
 Type: cr         Judge: Huck            Magistrate:
 ----------------------------------------------------------------------



 **************   Selected Documents in Case: 1:98-cr-00003    ***************
 for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
           Subtype Type    Short Display           Document ID Filer    Filed
     343.-         doc     (Sealed Document      )   85- 1             10/30/98
     344.resp      rply    (Reply to Resp to Mot - ) 84- 1 Grigsb 10/15/98
     345.m         resp    (Response to Motion - gv) 83- 1 USA      10/6/98T
     346.-         m       for leave to file         82- 1 USA      10/6/98T
     347.m         resp    (Response to Motion - gv) 80- 1 USA      10/2/98T
     348.-         o       (Order filed          )   81- 1             10/1/98

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                        current: 343
```

```
[docket ]                    CIVIL/CRIMINAL                    [   vdocs]
4. Queries                      Docketing


 Docket #  : 1:98-cr-3                                                  WCt
 Short Title: USA              v. Burke                 CLOSED
 Type: cr       Judge: Huck            Magistrate:
 --------------------------------------------------------------------------

 --------------------------------------------------------------------------

 *************   Selected Documents in Case: 1:98-cr-00003    ***************
 for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
       Subtype Type     Short Display           Document ID Filer   Filed
    337.-       o       (Order filed         )     91- 1           11/6/98
    338.-       supp    (Supplement to: ~ dft )    90- 1 Grigsb 11/4/98
    339.-       m       to take deposition         89- 1 Burke+ 11/4/98T
    340.-       doc     (Sealed Document     )     88- 1           11/4/98
    341.-       doc     (Sealed Document     )     87- 1           11/4/98
    342.-       doc     (Sealed Document     )     86- 1           11/4/98

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                        current: 337
```

```
[docket ]                    CIVIL/CRIMINAL                    [    vdocs]
4. Queries                      Docketing


 Docket #   : 1:98-cr-3                                              WCt
 Short Title: USA              v. Burke                  CLOSED
 Type: cr         Judge: Huck              Magistrate:
 ------------------------------------------------------------------------

 ------------------------------------------------------------------------


 **************  Selected Documents in Case: 1:98-cr-00003   ***************
 for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
          Subtype Type    Short Display           Document ID Filer   Filed
     319.-       doc     (Sealed Document      )    106- 1           12/1/98
     320.-       m       Miscellaneous Relief       105- 1 Burke    11/30/98T
     321.-       o       (Order filed          )    104- 1           11/27/98
     322.-       m       Miscellaneous Relief       102- 1 Hardem   11/24/98T
     323.-       o       (Order filed          )    103- 1           11/24/98
     324.-       me      (Minute Entry         )    101- 1           11/20/98

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                        current: 319
```

```
[docket  ]                    CIVIL/CRIMINAL                    [   vdocs]
4. Queries                      Docketing


Docket #   : 1:98-cr-3                                                WCt
Short Title: USA              v. Burke                    CLOSED
Type: cr         Judge: Huck              Magistrate:
------------------------------------------------------------------------

------------------------------------------------------------------------

**************  Selected Documents in Case: 1:98-cr-00003   ***************
for parties:  Hardemon  (0),  Parekh  (0), Sunbeam Television  (0) ...
        Subtype Type    Short Display          Document ID Filer    Filed
   313.-         rlf    Jury Trial deadline        110- 1           1/29/99
   314.-         rlf    to continue-ends of justi  110- 2           1/29/99
   315.-         o      (Order filed          )    110- 3           1/29/99
   316.-         ntc    (Notice of (other)    )    109- 1  Hardem  12/10/98
   317.-         o      (Order filed          )    108- 1           12/1/98
   318.-         doc    (Sealed Document      )    107- 1           12/1/98

[M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
total: 458                          current: 313
```

```
[docket  ]                   CIVIL/CRIMINAL                    [   vdocs]
4. Queries                      Docketing


 Docket #   : 1:98-cr-3                                              WCt
 Short Title: USA           v. Burke                   CLOSED
 Type: cr         Judge: Huck           Magistrate:
 ------------------------------------------------------------------------

 ------------------------------------------------------------------------

 **************   Selected Documents in Case: 1:98-cr-00003    ***************
 for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
        Subtype Type     Short Display          Document ID Filer   Filed
     289.-      doc      (Sealed Document    )    140- 1            7/29/99
     290.-      m        Miscellaneous Relief      127- 1 USA       7/27/99T
     291.-      o        (Order filed        )    126- 1            7/27/99
     292.-      doc      (Sealed Document    )    130- 1            7/27/99
     293.-      doc      (Sealed Document    )    128- 1            7/26/99
     294.-      doc      (Sealed Document    )    129- 1            7/26/99

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                         current: 289
```

```
[docket  ]                    CIVIL/CRIMINAL                    [    vdocs]
4. Queries                       Docketing


 Docket #   : 1:98-cr-3                                              WCt
 Short Title: USA              v. Burke              CLOSED
 Type: cr       Judge: Huck              Magistrate:
 -----------------------------------------------------------------------

 -----------------------------------------------------------------------

 *************  Selected Documents in Case: 1:98-cr-00003    ***************
 for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
        Subtype Type    Short Display         Document ID Filer   Filed
    283.m       resp    (Response to Motion - df)  134- 1 Grigsb 8/2/99T
    284.m       resp    (Response to Motion - df)  133- 1 Grigsb 8/2/99T
    285.-       m       Miscellaneous Relief       132- 1 USA    8/2/99T
    286.-       m       Miscellaneous Relief       131- 1 USA    8/2/99T
    287.-       doc     (Sealed Document      )    142- 1        7/30/99
    288.-       doc     (Sealed Document      )    141- 1        7/30/99

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                       current: 283
```

```
 [docket  ]                    CIVIL/CRIMINAL                    [    vdocs]
 4. Queries                       Docketing


  Docket #   : 1:98-cr-3                                                WCt
  Short Title: USA              v. Burke                   CLOSED
  Type: cr         Judge: Huck             Magistrate:
 ------------------------------------------------------------------------


 -------------------------------------------------------------------------

 **************  Selected Documents in Case: 1:98-cr-00003     **************
 for parties:  Hardemon   (0), Parekh   (0), Sunbeam Television   (0) ...
         Subtype Type    Short Display          Document ID Filer    Filed
    259.jy       trl     (Jury Trial           )     0- 0           8/11/99
    260.-        doc     (Sealed Document      )   151- 1           8/10/99
    261.ntc      apr     (Notice of Atty Appearan)  150- 1          8/10/99
    262.-        me      (Minute Entry         )   149- 1           8/10/99
    263.jy       trl     (Jury Trial           )     0- 0           8/10/99
    264.-        me      (Minute Entry         )   148- 1            8/9/99

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                          current: 259
```

```
 [docket  ]                  CIVIL/CRIMINAL                      [    vdocs]
 4. Queries                     Docketing


 Docket #   : 1:98-cr-3                                                 WCt
 Short Title: USA               v. Burke                    CLOSED
 Type: cr          Judge: Huck              Magistrate:
 ------------------------------------------------------------------------------

 ------------------------------------------------------------------------------

 **************   Selected Documents in Case: 1:98-cr-00003    ***************
 for parties:  Hardemon  (0), Parekh  (0), Sunbeam Television  (0) ...
         Subtype Type     Short Display           Document ID Filer   Filed
    205.-        doc      (Sealed Document       )   186- 1            9/22/99
    206.-        me       (Minute Entry          )   182- 1            9/22/99
    207.jy       trl      (Jury Trial            )     0- 0            9/22/99
    208.-        m        Miscellaneous Relief       181- 1 Grigsb 9/21/99T
    209.-        me       (Minute Entry          )   180- 1            9/21/99
    210.jy       trl      (Jury Trial            )     0- 0            9/21/99

 [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit:
 total: 458                         current: 205
```